United States District Court
Southern District of Texas
**ENTERED**
April 17, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **EDWIN ULYSSES MENDOZA,** § | |
| § | |
| **Plaintiff,** § | |
| VS. § | **CIVIL ACTION NO. 5:19-CV-76** |
| § | |
| **RODRIGO RUIZ**, *et al*, § | |
| § | |
| **Defendants.** § | |

## ORDER

On April 16, 2020, Plaintiff Edwin Ulysses Mendoza and Defendants Rodrigo Ruiz and The City of Laredo, Texas filed a self-effectuating, joint "Stipulation of Dismissal with Prejudice" (Dkt. 27). The stipulation (Dkt. 27), which is signed by counsel for all Parties, complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this case is hereby DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this 16th day of April, 2020.

_____
Diana Saldaña
United States District Judge